UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
5:23CV-149-BJB

Shelley E Keeling     PLAINTIFF

VS

Keen's Truck and Trailer Repair     DEFENDANT

## COMPLAINT

For his complaint Shelley E. Keeling acting Pro. Se states, and alleges as follows:

### PARTIES

1. The Plaintiff, Shelley E. Keeling is a resident of McCracken County Kentucky, he resides at 824 Bethel St. Paducah Ky 42003

2. The Defendant Keen's Truck and Trailer Repair doing bussiness at I 24 exit 3 · 5108 Cairo Rd. Paducah Ky. 42001

### FACTS

1. On or about the first of July 2023 the plaintiff Keeling entered into a contract to have repairs concerning the air conditioning system generator and etc.

2. Upon the so called completion of the so called repairs Plaintiff Keeling was called and told all work and repairs were completed and working fine and he Keeling needed to bring cash in the amount of 3,200.00 and he would not except anything but cash.

3. For the record Plaintiff had made sure Defendant knew his position having a wife hospitalized needing his R.V. for the much needed children to stay near the mother out of town

4/ For the Record LeT it be Known Plaintiff Keeling incurred further damges having To Hire Another Company to do what defendant did NOT and Also The Room and Board incurred when Defendant did NOT BE A Person of His word wherefore Plaintiff Keeling Demands payment for Expenses Brougt on by This Defendant

Shelley E. Keeling
Shelley E. Keeling, Pro-Se
824 Bethel ST.
Paducah, Ky 42003
Nov. 2, 2023
270 556 1818