UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CIVIL ACTION NO. 5:23-CV-00149-CRS

SHELLEY E. KEELING                                                                                           PLAINTIFF

v.

KEN'S TRUCK AND TRAILER REPAIR                                                              DEFENDANT

## ORDER

For the reasons set forth in the Memorandum Opinion entered this date, and the court being otherwise sufficient advised,

**IT IS ORDERED** that this action is **DISMISSED** under 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim upon which relief may be granted because this court lacks jurisdiction.

There being no just reason for delay in its entry, this is **final Order**.

This Court further certifies that an appeal would be frivolous and therefore, not taken in good faith. *See* 28 U.S.C. §1915(a)(3).

December 4, 2023

Charles R. Simpson III, Senior Judge
United States District Court

cc: Plaintiff, *pro se*